EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Lorenzo Muñoz Franco | 2016 TSPR 135 <br><br> 195 DPR ____ |

Número del Caso: TS-3138

Fecha: 24 de junio de 2016

Abogados del Peticionario:

    Lcdo. Jorge Lucas Escribano Medina
    Lcdo. Francisco Ariel Avilés Rodríguez

Materia: Reinstalación al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lorenzo Muñoz Franco                    TS-3138

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de junio de 2016.

Examinado el Informe de la Comisión de Reputación Para el Ejercicio de la Abogacía, la comparecencia del Sr. Lorenzo Muñoz Franco y el Informe de la Procuradora General, se ordena la reinstalación inmediata de éste al ejercicio de la abogacía.

No obstante, con relación a la solicitud de reinstalación a la notaría, exprésese el Director de la Oficina de Inspección de Notarías, en el término de treinta (30) días, contados a partir de la notificación de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo